IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREA MEAD, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRAVELERS INDEMNITY COMPANY OF | : | |
| CONNECTICUT, INC. | : | NO. 14-2695 |

ORDER

AND NOW, this 27th day of June, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of Andrea Mead and William Danowski for reconsideration of the court's order of June 17, 2014 (Doc. # 12) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                         J.