```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREA MEAD, et al.                :         CIVIL ACTION
                                   :
          v.                       :
                                   :
TRAVELERS INDEMNITY COMPANY OF     :
CONNECTICUT, INC.                  :         NO. 14-2695
```

## ORDER

AND NOW, this 4th day of December, 2014, it is hereby ORDERED that the motion of Andrea Mead and William Danowski for sanctions based upon spoliation of evidence (Doc. # 30) is DENIED.

                                   BY THE COURT:


                                   /s/ Harvey Bartle III
                                                            J.