```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ANDREA MEAD, et al.            :        CIVIL ACTION
                               :
        v.                     :
                               :
TRAVELERS INDEMNITY COMPANY OF :
CONNECTICUT, INC.              :        NO. 14-2695

ORDER

AND NOW, this 17th day of March, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendant Travelers Indemnity Company of Connecticut, Inc. for summary judgment (Doc. # 41) is GRANTED as to Count III and Count IV of the amended complaint and insofar as plaintiffs seek punitive damages and an award of attorneys' fees;

(2)  the motion of defendant for summary judgment is otherwise DENIED;

(3)  the cross-motion of plaintiffs Andrea Mead and William Danowski for summary judgment (Doc. # 42) is DENIED; and

(4)  the motion of defendant Travelers Indemnity Company of Connecticut, Inc. to strike as untimely the cross-motion of plaintiffs for summary judgment (Doc. # 43) is DENIED as moot.

BY THE COURT:

/s/ Harvey Bartle III
                                                              J.